IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Case Number: 4:18-cr-18 (CDL) |
| DEVANTE PATTERSON, | * | |
| Defendant. | * | |

## O R D E R

Pursuant to an Appearance Bond dated August 21, 2018, Defendant was released on bond following the payment into the registry of the Court of the sum of $ 1,000.00. The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $ 1,000.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to: EUNICE DEAN

This 24th day of **July, 2019**.

s/Clay D. Land
CLAY D. LAND, CHIEF JUDGE
UNITED STATES DISTRICT COURT